**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
Alexandria, Virginia

| | | |
|---|---|---|
| In re:   Kevin Bruce Staker, | ) | |
| Wanda Harding Staker | ) | Case No: **24-10444** |
| | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**SUGGESTION OF DEATH**

Please take notice that Kevin Bruce Staker, debtor in the above-captioned case, died on

July 15, 2025.


KEVIN BRUCE STAKER
WANDA HARDING STAKER
BY COUNSEL


/s/ Martin C. Conway
Martin C. Conway (VSB No. 34334)
Conway Law Group, PC
1320 Central Park Blvd, Ste 200
Fredericksburg, VA 22401
855-848-3011
571-285-3334 (facsimile)
*Counsel for Debtor*


**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was sent via electronic mail and filed electronically via CM/ECF or mailed by first class mail to on July 31, 2025 to all of the creditors on the mailing matrix.

/s/ Martin C. Conway
Martin C. Conway

VERIFY PRESENCE OF WATERMARK    HOLD TO LIGHT TO VIEW

**5774376 COMMONWEALTH OF VIRGINIA**
DEPARTMENT OF HEALTH – OFFICE OF VITAL RECORDS

COMMONWEALTH OF VIRGINIA - CERTIFICATE OF DEATH
DEPARTMENT OF HEALTH - DIVISION OF VITAL RECORDS - RICHMOND

| | |
|---|---|
| DATE RECORD FILED: JULY 21, 2025 | STATE FILE NUMBER: 25-041830 |

1. FULL NAME OF DECEDENT (first) KEVIN (middle) BRUCE (last) STAKER (suffix)

2. SEX: ☑ MALE ☐ FEMALE ☐ NOT DETERMINED
3. DATE OF DEATH: JULY 15, 2025 ☑ ACTUAL ☐ PRESUMED ☐ APPROXIMATE ☐ FOUND
4. DATE OF BIRTH: ▉ 1960
5. AGE: Years 65   IF UNDER 1 YEAR: Months / Days   IF UNDER 1 DAY: Hours / Minutes

6. WAS DECEDENT EVER IN U.S. ARMED FORCES? ☐ YES ☑ NO ☐ UNKNOWN
7. BIRTHPLACE (US STATE OR FOREIGN COUNTRY): WASHINGTON
8. SOCIAL SECURITY NUMBER: ▉ - 0716   IF NO SSN, CHECK APPROPRIATE BOX ☐ NONE ☐ NOT OBTAINABLE ☐ UNKNOWN

9. STREET ADDRESS (INCLUDE HOUSE AND/OR APT. # OR ROUTE NO.): 19 WALLACE FARMS LANE
10. CITY OR TOWN OF RESIDENCE: FREDERICKSBURG   INSIDE CITY OR TOWN LIMITS? ☐ YES ☑ NO

11. COUNTY OF DECEDENT'S RESIDENCE (if independent city, leave blank): STAFFORD COUNTY
12. U.S. STATE (OR FOREIGN COUNTRY) OF DECEDENT'S RESIDENCE: VIRGINIA
12a. ZIP CODE: 22406

13. RACE OF DECEDENT (CHECK ONE OR MORE): ☑ WHITE ☐ BLACK OR AFRICAN AMERICAN ☐ FILIPINO ☐ KOREAN ☐ OTHER PACIFIC ISLANDER(SPECIFY) ☐ AMERICAN INDIAN OR ALASKAN NATIVE(SPECIFY) ☐ ASIAN INDIAN ☐ CHINESE ☐ SAMOAN ☐ VIETNAMESE ☐ OTHER ASIAN (SPECIFY) ☐ NATIVE HAWAIIAN ☐ GUAMANIAN OR CHAMORRO ☐ JAPANESE ☐ UNKNOWN ☐ OTHER (SPECIFY)

14. DECEDENT OF HISPANIC ORIGIN? ☑ NON-HISPANIC ☐ CENTRAL OR SOUTH AMERICAN ☐ CUBAN ☐ MEXICAN ☐ PUERTO RICAN ☐ OTHER (SPECIFY) ☐ UNKNOWN

15. EDUCATION (HIGHEST GRADE COMPLETED): ☐ ELEMENTARY/SECONDARY (0-12) ☐ HIGH SCHOOL DIPLOMA ☐ GED ☐ YEARS OF COLLEGE ☐ ASSOCIATE DEGREE ☐ BACHELOR'S DEGREE ☑ MASTER'S DEGREE ☐ DOCTORATE/PROFESSIONAL DEGREE ☐ UNKNOWN

16. CITIZEN OF WHAT COUNTRY: UNITED STATES OF AMERICA
17. USUAL OR LAST OCCUPATION: FINANCIAL ANALYST
18. KIND OF BUSINESS OR INDUSTRY: US GOVERNMENT

19. MARITAL STATUS: ☐ NEVER MARRIED ☑ MARRIED ☐ WIDOWED ☐ DIVORCED ☐ SEPARATED ☐ UNKNOWN
20. IF MARRIED, SEPARATED OR WIDOWED, NAME OF SPOUSE (if divorced leave blank): WANDA HARDING STAKER

21. FULL NAME OF DECEDENTS FATHER OR PARENT II (first, middle, last, suffix) (maiden name, if any): DEE BRUCE STAKER
21a. GENDER: MALE
22. FULL NAME OF DECEDENT'S MOTHER OR PARENT I (first, middle, last, suffix) (maiden name, if any): LAVON PETERSON
22a. GENDER: FEMALE

23. INFORMANTS RELATIONSHIP OR SOURCE OF INFORMATION: SPOUSE
24. FULL NAME OF INFORMANT OR NAME OF SOURCE: WANDA HARDING STAKER

25. NAME OF HOSPITAL OR INSTITUTION OF DEATH (if none, so state): NONE
25a. SELECT ONE IF DEATH OCCURRED IN HOSPITAL: ☐ DOA ☐ OUT PAT. EMER RM ☐ INPATIENT

26. SPECIFY IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL: ☐ HOSPICE FACILITY ☐ NURSING HOME ☐ LONG TERM CARE FACILITY ☑ DECEDENT'S HOME ☐ CORRECTIONAL FACILITY ☐ OTHER (SPECIFY)

27. CITY OR TOWN OF DEATH: FREDERICKSBURG
28. STREET ADDRESS OR RT. NO OF PLACE OF DEATH: 19 WALLACE FARMS LANE
28a. ZIP CODE: 22406
28b. COUNTY OF DEATH (if independent city, leave blank): STAFFORD COUNTY

29. METHOD OF DISPOSITION: ☑ BURIAL ☐ ENTOMBMENT / MAUSOLEUM ☐ CREMATION / INCINERATION ☐ CREMATION WITH BURIAL ☐ CREMATION WITH ENTOMBMENT / MAUSOLEUM ☐ BURIAL AT SEA ☐ DONATION ☐ OTHER (SPECIFY) ☐ REMOVAL FROM STATE (IF KNOWN, PLEASE ALSO CHECK FINAL METHOD OF DISPOSITION WHEN REMOVING FROM STATE, FROM OPTIONS SHOWN)

30. PLACE OF DISPOSITION - NAME OF CEMETERY OR CREMATORY: LAUREL HILL MEMORIAL PARK

31. PLACE OF DISPOSITION - STREET ADDRESS OF CEMETERY OR CREMATORY: 10127 PLANK ROAD
31a. CITY / COUNTY: SPOTSYLVANIA
31b. STATE: VIRGINIA
31c. ZIP CODE: 22553
31d. COUNTRY:

32. SIGNATURE OF FUNERAL DIRECTOR/LICENSEE, VSAP OR NEXT OF KIN (ACTUAL SIGNATURE): /S/ AMANDA CHRISTINE FLOWERS
32a. LICENSEE'S NO: 0502901972
32b. NAME OF FUNERAL HOME OR FACILITY: FOUND & SONS FUNERAL CHAPELS -CREMATION SERVICE

33. NAME OF FUNERAL DIRECTOR / LICENSEE, VSAP OR NEXT OF KIN: AMANDA CHRISTINE FLOWERS
33a. STREET ADDRESS OF FUNERAL HOME / FACILITY, VSAP OR NEXT OF KIN (Include street address, city, state and zip code): 10719 COURTHOUSE RD FREDERICKSBRG VIRGINIA 22407

34. TIME OF DEATH: To the best of my knowledge, death occurred at 03:41 ☐ A.M. ☑ P.M. ☐ ACTUAL ☑ APPROXIMATE ☐ PRESUMED ☐ FOUND

35. PART I. Enter the diseases, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure.

IMMEDIATE CAUSE OF DEATH (Final disease or condition resulting in death) (A) PANCREATIC CANCER — INTERVAL BETWEEN ONSET AND DEATH: MONTHS

Sequentially list conditions, if any, leading to immediate cause. Enter UNDERLYING CAUSE (Disease or injury that initiated events resulting in death) LAST
(B) DUE TO (OR AS A CONSEQUENCE OF):
(C) DUE TO (OR AS A CONSEQUENCE OF):
(D) DUE TO (OR AS A CONSEQUENCE OF):

PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I.

36. WAS THE MEDICAL EXAMINER CONTACTED? ☐ YES ☑ NO
36a. AUTOPSY? ☐ YES ☑ NO
36b. WERE FINDINGS AVAILABLE TO COMPLETE CAUSE OF DEATH? ☐ YES ☐ NO
37. DID TOBACCO USE CONTRIBUTE TO DEATH? ☐ YES ☑ NO ☐ POSSIBLY ☐ UNKNOWN

38. IF FEMALE: ☐ PREGNANT AT TIME OF DEATH ☐ UNKNOWN IF PREGNANT WITHIN THE PAST YEAR ☐ NOT PREGNANT, BUT PREGNANT WITHIN 42 DAYS OF DEATH ☐ NOT PREGNANT WITHIN PAST YEAR ☐ NOT PREGNANT, BUT PREGNANT WITHIN 43 DAYS TO 1 YEAR BEFORE DEATH ☐ NOT APPLICABLE ( if decedent's age is 0-5 or 75 years)

39. IF EXTERNAL, TO WHAT EXTENT IT CONTRIBUTED TO CAUSE OF DEATH? ☐ PRIMARY ☐ CONTRIBUTING
40. WAS THIS A MILITARY DEATH? ☐ YES ☑ NO
40a. IF MILITARY DEATH, SELECT MANNER OF DEATH: ☐ NATURAL ☐ ACCIDENT ☐ SUICIDE ☐ HOMICIDE ☐ UNDETERMINED ☐ PENDING

ITEMS 41 TO 47 IN THIS SECTION SHOULD ONLY BE COMPLETED FOR MILITARY DEATHS

41. DATE OF INJURY:
42. TIME OF INJURY: ☐ A.M. ☐ P.M
43. INJURY AT WORK? ☐ YES ☐ NO ☐ UNKNOWN
44. PLACE OF INJURY (home, farm, factory, street, office, bldg., etc.):

45. LOCATION OF INJURY-STREET ADDRESS (INCLUDE HOUSE AND/OR APT. # OR ROUTE NO.):
45a. CITY / COUNTY:
45b. STATE:
45c. ZIP CODE:
45d. COUNTRY:

46. IF TRANSPORTATION INJURY, SPECIFY: ☐ DRIVER/OPERATOR ☐ PASSENGER ☐ PEDESTRIAN ☐ OTHER (SPECIFY)
47. DESCRIBE HOW INJURY RELATING TO DEATH OCCURRED

48. SIGNATURE OF PERSON COMPLETING THE CAUSE OF DEATH: /S/ GEORGE JOSEPH MEHFOUD
48a. TITLE: ☑ MEDICAL DOCTOR ☐ PHYSICIAN ASSISTANT ☐ DOCTOR OF OSTEOPATHY (D.O.) ☐ NURSE PRACTITIONER ☐ OTHER
48b. DATE SIGNED: JULY 18, 2025

49. NAME OF PERSON PROVIDING THE MEDICAL CERTIFICATION OF DEATH: GEORGE JOSEPH MEHFOUD
49a. ADDRESS OF PERSON PROVIDING THE MEDICAL CERTIFICATION OF DEATH: 8923 THREE CHOPT ROAD SUITE 101 RICHMOND VIRGINIA 23229
49b. MEDICAL LICENSE NO.: 0101046156

50. ARE YOU A DESIGNEE? ☐ YES ☑ NO
51. IF YES, PLEASE PROVIDE THE NAME OF AUTHORIZING OR ABSENT PHYSICIAN
51a. ADDRESS OF AUTHORIZING PHYSICIAN

This is to certify that this is a true and correct reproduction or abstract of the official record filed with the Virginia Department Of Health, Richmond, Virginia

DATE ISSUED    July 22, 2025

*Seth Austin*
Seth Austin, Director and State Registrar

Do not accept unless on security paper with the seal of Virginia Department of Health, Vital Statistics in the lower left hand corner.
Section 32.1-272, Code of Virginia, as amended.    VS 15C

VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED