# UNITED STATES BANKRUPTCY COURT

## FOR THE

## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

In the Matter of:

KEVIN BRUCE STAKER
AND
WANDA HARDING STAKER

Debtors

Chapter 13

Case No. 24-10444-BFK

## MOTION TO MODIFY CHAPTER 13 PLAN,
## NOTICE OF MOTION TO MODIFY CHAPTER 13 PLAN
## AND
## NOTICE OF SCHEDULED HEARING ON THIS MOTION

Thomas P. Gorman, Chapter 13 Trustee, has filed this Motion to modify your Chapter 13 Plan. The cause for this motion is as follows:

Debtors' Chapter 13 Plan was confirmed by Order entered on October 18, 2024 (Dkt. No. 39), confirming Debtors' Amended Plan of September 12, 2024 (Dkt. No. 32) providing for a 60-months term and total Plan funding of $31,962.00, and a percentage dividend to unsecured creditors.

Debtor Kevin Bruce Staker passed away on July 15, 2025 (Dkt. No. 42). Debtor Wanda Harding Staker anticipates an inheritance and life insurance proceeds of $56,250.00 from USAA and $44,825.48 from Beneficial Life. Given that the surviving Debtor's inheritance is property of the bankruptcy estate under 11 U.S.C. §1306(a) and affirmed by the Fourth Circuit Court of Appeals in *Caroll v. Logan*, 735 F.3d 147 (4th Cir. 2013), the Debtor's inheritance should be turned over to Trustee for payment to creditors under the Plan and warrants modification under 11 U.S.C. §1329.

Trustees prays that Debtors' Plan funding be increased in order to provide for an increase percent distribution to allowed claimants.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

**Notice and Motion to Modify Chapter 13 Plan**
Kevin Bruce Staker and Wanda Harding Staker
**Case # 24-10444-BFK**

If you do not wish the court to grant the relief sought in the objection, or if you want the court to consider your views on the objection, then on or before twenty-one days from service of this notice, you or your attorney must:

> File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1.  Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.  If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before twenty-one days from the service of this notice.  You must mail a copy to the persons listed below.
>
> ***Attend the hearing to be held on September 11, 2025 at 1:30 p.m. in Courtroom I on the 2nd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, Virginia 22314.***  If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.
>
> A copy of any written response must be mailed to the following persons:
>
> Thomas P. Gorman
> 1414 Prince St., Ste. 202
> Alexandria, VA 22314
>
> Clerk of the Court
> United States Bankruptcy Court
> 200 S. Washington St.
> Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date:  August 14, 2025

/s/ Thomas P. Gorman
Thomas P. Gorman
Chapter 13 Trustee
1414 Prince St., Ste. 202
Alexandria, VA 22314
(703) 836-2226
VSB 26421

**Notice and Motion to Modify Chapter 13 Plan**
Kevin Bruce Staker and Wanda Harding Staker
**Case # 24-10444-BFK**

## CERTIFICATE OF SERVICE

   I hereby certify that I have this 14th day of August 2025, served via ECF to authorized users or mailed a true copy of the foregoing Motion to Modify Chapter 13 Plan, Notice of Motion and Notice of Hearing to the following parties.

| | |
|---|---|
| Kevin Bruce Staker | Martin C. Conway |
| Wanda Harding Staker | Attorney for Debtors |
| Chapter 13 Debtors | Conway Law Group, PC |
| 19 Wallace Farms Ln. | 1320 Central Park Blvd., #200 |
| Fredericksburg, VA 22406 | Fredericksburg, VA 22401 |

           /s/ Thomas P. Gorman

          Thomas P. Gorman