**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

In the Matter of:

WANDA HARDING STAKER

Debtor

Chapter 13

Case No. 24-10444-BFK

**MOTION TO DISMISS WITH PREJUDICE,**
**NOTICE OF MOTION TO DISMISS**
**AND**
**NOTICE OF SCHEDULED HEARING ON THIS MOTION**

Thomas P. Gorman, Trustee, moves pursuant to 11 U.S.C. §1307 and 11 U.S.C. §105 for entry on an Order dismissing this case with some form of prejudice or bar to refiling, and states in support thereof the following:

1. Debtor filed a joint Chapter 13 Petition with her spouse on March 11, 2024.

2. A Plan was confirmed on October 18, 2024. It provided for payment of the two Debtors' joint claims only, as their real estate was owned as tenants by the entirety. General unsecured creditors were to receive 0%.

3. A Suggestion of Death was filed July 31, 2025 advising that Debtor Kevin Staker passed away on July 15, 2015.

4. Trustee made inquiry on August 1, 2025 of the surviving Debtor's counsel as to the amounts and disposition of any life insurance proceeds in favor Debtor, and having received no response, inquired again on August 11, 2025.

5. On August 11, 2025 counsel sent to Trustee the following e-mail from Debtor:

   **I am supposedly getting $56,250.00 from USAA and $44,825.48 from Beneficial Life. They said it could take up to 3 months to get it because they are behind on the paperwork.**

6. On August 15, 2025 Trustee filed a Motion to Modify the confirmed Plan to seek recover the insurance proceeds for the benefit of creditors.

**Notice and Motion to Dismiss**
Wanda Harding Staker, Case #24-10444-BFK

7.  Hearing on the Motion to Modify was continued from September 11, 2025 to September 25, 2023, and then continued again to October 23, 2025, all at the request of Debtor.  At no time did Debtor report receipt or disposition of any insurance proceeds; her last word on the subject being her August 11, 2025 e-mail.

8.  On October 22, 2025 Debtor requested another continuance of the October 23, 2025 hearing.  Because of the passage of time since the August 11, 2025 e-mail estimating a 3-month period for disbursement from the insurer(s), Trustee requested as a pre-condition of any continuance an Order requiring Debtor to hold and not expend any proceeds she received.

9.  Only then, on October 22, 2025, did Debtor advise that she had in fact received all of the insurance proceeds, and had expended a large portion of same.

10. Because those expended funds cannot be recovered, creditors of the estate have been severely prejudiced.

WHEREFORE, Trustee prays for entry of an Order dismissing this case, and that the Order of dismissal contain a bat to Debtor refiling bankruptcy, under any Chapter, for a period of not less than two (2) years, and for such other and further relief as the Court deems appropriate.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before five business days prior to the hearing date, you or your attorney must:

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1.  Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.  If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before twenty-one days from the service of this notice.  You must mail a copy to the persons listed below.

**Notice and Motion to Dismiss**
Wanda Harding Staker, Case #24-10444-BFK

***Attend the hearing to be held on November 20, 2025 at 1:30 p.m. in Courtroom #1 on the 2nd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.*** If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

> Thomas P. Gorman
> 1414 Prince Street, Suite 202
> Alexandria, VA 22314

> Clerk of the Court
> United States Bankruptcy Court
> 200 South Washington Street
> Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: __October 28, 2025 _____          __/s/ Thomas P. Gorman_____
                                        Thomas P. Gorman
                                        Chapter 13 Trustee
                                        1414 Prince Street, Suite 202
                                        Alexandria, VA 22314
                                        (703) 836-2226
                                        VSB 26421

### CERTIFICATE OF SERVICE

I hereby certify that I have this 28th day of October, 2025, served via ECF to authorized users or mailed a true copy of the foregoing Motion to Dismiss, Notice of Motion and Notice of Hearing to the following parties.

Wanda Harding Staker               Kimberly Ann Kalisz
Chapter 13 Debtor                  Attorney for Debtor
19 Wallace Farms Ln                Conway Law Group, PC
Fredericksburg, VA 22406           1320 Central Park Blvd., 2nd Floor
                                   Fredericksburg, VA 22401

                                       ___/s/ Thomas P. Gorman_____
                                       Thomas P. Gorman