**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

In re:  Kevin Bruce Staker and          )
        Wanda Harding Staker            )        Case No: 24-10444
                                        )        Chapter 13
                Debtor.                 )
                                        )
_____   )

**ORDER ON OBJECTION TO CLAIM #1**

THIS MATTER COMES before the Court on the Objection of Kevin Bruce Staker and

Wanda Harding Staker (the "Debtors"), who appearing by counsel objected to the proof of claim

filed by Northwest Federal Credit Union [cl. 1]. The Court, hearing no opposition, and for good

cause show, hereby ORDERS:

1.      That Debtor's Objection to Claim #1 is SUSTAINED;

2.      That Claim #1 shall be disallowed.


IT IS SO ORDERED.

Dated:  Nov 19 2025                              /s/ Brian F Kenney
_____                         _____
                                                Hon. Brian F. Kenney
                                                United States Bankruptcy Judge

                                                Entered On Docket: Nov 20 2025

**END OF ORDER**

I ASK FOR THIS:

/s/ Martin C. Conway
Martin C. Conway (VSB No.34334)
Conway Law Group, PC
1320 Central Park Ave. Ste #200
Fredericksburg VA 22401
855-848-3011
571-285-3334 (facsimile)
*Counsel for the Debtors*

## LOCAL BANKRUPTCY RULE 9022-1(C) CERTIFICATION

I hereby certify that a copy of the foregoing was endorsed by and/or served on all necessary parties on November 10, 2025.

/s/ Martin C. Conway
Martin C. Conway

## LOCAL BANKRUPTCY RULE 9022-1(B) SERVICE LIST

Would the Clerk please distribute notice of entry of this order to the following:

Wanda Staker
19 Wallace Farms Ln
Fredericksburg, VA 22406
*Debtors*

Northwest Federal CR
200 Spring St
Herndon, VA 20170
*Proof of Claim Filer/Creditor*

Jeff Bentley
200 Spring St
Herndon, VA 20170
*Registered Agent for Creditor*

Thomas Gorman
1414 Prince Street, Suite 202
Alexandria, Virginia 22314
*Chapter 13 Trustee*

2