## UNITED STATES BANKRUPTCY COURT

### FOR THE

### EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

In the Matter of:

WANDA HARDING STAKER

Debtor.

Chapter 13
Case No. 24-10444-BFK

### ORDER GRANTING
### TRUSTEE'S MOTION TO MODIFY PLAN PAYMENTS
### AND SCHEDULING STATUS HEARING

THIS MATTER CAME on for hearing on March 19, 2026 upon Trustee's Motion to Modify Plan Payments (Dkt. #43), Memorandum Opinion and Order (Dkt. #123), Debtor's Supplemental Response (Dkt. #125) and Trustee's Supplemental Memorandum (Dkt. #126).

IT APPEARING that the Court had previously held that Debtor's post-petition acquisition of a fee simple ownership interest in real estate became property of the Chapter 13 bankruptcy estate and was unanticipated; and

IT FURTHER APPEARING that, for the reasons stated from the bench, Debtor's change in financial circumstances is substantial for purposes of 11 U.S.C. §1329, as it is sufficient to pay the allowed claimants in full.

**It is hereby ORDERED that**

1.    Trustee's Motion to Modify Plan Payments is GRANTED;

2.    Debtor is directed to file an amended/modified Chapter 13 Plan, within twenty-one (21) days of the March 19, 2026 hearing, that is consistent with the findings of this Court;

Thomas P. Gorman
Chapter 13 Trustee
1414 Prince St., Ste. 202
Alexandria, VA 22314
(703) 836-2226
VSB #26421

**Order Granting Trustee's Motion to Modify Plan and Scheduling Status Hearing**
Wanda Harding Staker
**Case #24-10444-BFK**
Page 2

3.  Debtor's failure to comply with the terms of this Order may result in dismissal of this case;

4.  Trustee's Motion to Modify Plan Payments is continued for status hearing to May 14, 2026 at 1:30 p.m., in Courtroom I of the United States Bankruptcy Court for the Eastern District of Virginia, located at 200 S. Washington Street, Alexandria Virginia 22314.

Mar 30 2026

/s/ Brian F Kenney

Brian F. Kenney, Chief Judge
United States Bankruptcy Court

I As For This:

Entered On Docket: Mar 31 2026

  /s/ Thomas P. Gorman
Thomas P. Gorman
Chapter 13 Trustee
1414 Prince St., Ste. 202
Alexandria, VA 22314
(703) 836-2226
VSB #26421

SEEN and OBJECTED TO For the Following Reasons:
Debtor objects to this Order on the grounds that: (i) the Order fails to give proper effect to 11 U.S.C. § 522(c), which protects exempt property during and after the case; (ii) Debtor did not newly acquire the marital residence within the meaning of 11 U.S.C. § 1306(a)(1), but merely continued in ownership of the same residence through preexisting survivorship rights; (iii) the post-petition death of Debtor's spouse did not constitute a substantial and unanticipated change in Debtor's financial condition under 11 U.S.C. § 1329 because Debtor experienced no material increase in income, liquidity, or repayment ability; and (iv) the Order improperly relies on hypothetical liquidation value rather than actual financial improvement, contrary to the text and purposes of Chapter 13.

  /s/ Martin C. Conway
Martin C. Conway
Conway Law Group, PC
1320 Central Park Blvd., #200
Fredericksburg, VA 22401
(540) 684-1178
VSB #34334
Counsel for Debtor

**Order Granting Trustee's Motion to Modify Plan and Scheduling Status Hearing**
Wanda Harding Staker
**Case #24-10444-BFK**
Page 3


Local Rule 9022-1(C) Certification

       The foregoing Order was signed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

  /s/ Thomas P. Gorman
Thomas P. Gorman
Chapter 13 Trustee

**PARTIES TO RECEIVE COPIES**

Wanda Harding Staker
Chapter 13 Debtor
19 Wallace Farms Ln.
Fredericksburg, VA 22406

Martin C. Conway
Attorney for Debtor
Conway Law Group, PC
1320 Central Park Blvd., #200
Fredericksburg, VA 22401

Thomas P. Gorman
Chapter 13 Trustee
1414 Prince St., Ste. 202
Alexandria, VA  22314